UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs. CASE NO. 8:03-CR-485-T-17

JOHN GERONE THOMAS
_____/

**ORDER**

This cause comes before the Court on remand from the Eleventh Circuit Court of Appeals as to the modification of sentence, based on the retroactive application of revised cocaine base sentencing guidelines, which the Court entered and reduced the defendant's sentence to 100 months (Docket No. 87). The Court appointed counsel in this case and required responses from the United States Probation Office, the government, and the defendant through his appointed counsel. The Court determines that the appropriate reduction is to 120 months, as agreed to by the government and the probation office. Accordingly, it is.

**ORDERED** that the judgment and commitment order should be **issued** to reflect the reduction of sentence to 120 months.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 4th day of March, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record